UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Keystone Automotive Industries, Inc. | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 3:09-cv-00994-AWT |
| | ) | |
| v. | ) | |
| | ) | |
| American General Life Insurance Company | ) | |
| | ) | |
| Defendant | ) | July 2, 2009 |

## RULE 7.1 DISCLOSURE

The plaintiff's corporate parent is LKQ Corporation, of which the plaintiff is a wholly owned subsidiary. LKQ Corporation is a publicly traded company.

The plaintiff

By _____
Paul A. Sobel
Green & Gross, P.C.
1087 Broad Street
Bridgeport, CT 06604
Tel: (203) 335-5141
Fax: (203) 367-9964
Email: psobel@gglaw.net
Federal Bar No. ct11452

## CERTIFICATION OF SERVICE

  I hereby certify that on July 2, 2009, a copy of the foregoing FRCP Rule 7.1 Disclosure was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Pierre-Yves Kolakowski, Esq.
Zeichner Ellman & Krause LLP
35 Mason Street
Greenwich, CT  06830

Paul A. Sobel
Green and Gross, P. C.
1087 Broad Street
Bridgeport, CT 06604
Tel:  (203) 335-5141
Fax:  (203) 367-9964
Email:  psobel@gglaw.net
Federal Bar No.  ct11452